

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/29/2023

YAAKOV SAKS▲▪*
JUDAH STEIN▲▪
ELIYAHU BABAD▲▪
MARK ROZENBERG▪
KENNETH WILLARD▲▪

▲ NJBar Admissions
^ CT & NJ Bar Admissions
▪ NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

August 28, 2023

**MEMO ENDORSED**

**Via CM/ECF**
The Honorable Valerie E. Caproni
United States District Court
Southern District of New York

      **Re:**    *Cromitie v. Co.Exist Nutrition, LLC*
               Case No.: 1:23-cv-03871-VEC

Dear Judge Caproni:

      We represent the plaintiff in the above matter, and write to respectfully request that the initial conference currently scheduled for September 8, 2023, be adjourned. The Defendant, Co.Exist Nutrition, LLC, has not filed an appearance nor made contact with Plaintiff.

      We are attempting to reach out to Defendant in order to discuss potential resolution of this matter, and to collaborate on the pre-conference submissions ordered by Your Honor. We ask for 30 days to establish contact with Defendant, and that the initial conference be adjourned in the meantime. We further respectfully ask that the conference not be scheduled on September 25, nor September 29 through October 6, 2023, so as not to conflict with religious observances on those dates.

      We thank Your Honor and the Court for its kind considerations and courtesies.

The initial pretrial conference is ADJOURNED *sine die*. Pursuant to the Order at Dkt. 5, Defendant's answer deadline is September 8, 2023. If Defendant fails timely to file a notice of appearance and a response to the Complaint, Plaintiff must move for default judgment in accordance with the Undersigned's Individual Practices by **September 13, 2023**. Plaintiff is ordered to serve a copy of this order on Defendant and to file proof of service on the docket by **September 1, 2023**.

SO ORDERED.

*Valerie Caproni* (signature)

08/29/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

*s/ Mark Rozenberg*
Mark Rozenberg, Esq.